E. J. Powers, Appellee, v. Oscar E. Erickson, Trading as The Leader, Bismarck, North Dakota, Appellant.

Gen. No. 42,739.

Heard in the second division, first district, this court at the October term, 1943; opinion filed February 10, 1944. Ekern, Meyers & Matthias, for appellant; Donald L. Thompson and William G. Chorn, of counsel; J. F. Novotny and Urion, Bishop & Sladkey, for appellee; Jerome J. Sladkey, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.